# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-CV-00604 |
| ) | |
| EMBRAER AIRCRAFT MAINTENANCE ) | Judge Trauger |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | Jury Demand |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice. Both parties agree that this dismissal with prejudice operates as an adjudication on the merits for all purposes and with full preclusive effect. Each party agrees to bear her/its own costs and expenses.

Dated: June 30, 2014

AGREED AND APPROVED FOR ENTRY:

/s/ Jeffery S. Frensley (w/ permission)
Jeffery S. Frensley
Ray & Frensley
211 Third Avenue North
Nashville, Tennessee 37219
Email: chipfrensley@yahoo.com

*Attorneys for Plaintiff*

/s/ Bahar Azhdari
Charles H. Williamson
Bahar Azhdari
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: bob.boston@wallerlaw.com
bahar.azhdari@wallerlaw.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon the following:

Jeffery S. Frensley
Ray & Frensley
211 Third Avenue North
Nashville, Tennessee 37219
Email: chipfrensley@yahoo.com

*Attorney for the Plaintiff*

on this the 30th day of June, 2014.

s/ Bahar Azhdari